1   BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3   BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4   THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

5

6       1301 Clay Street, Suite 340S
Oakland, CA 94612

7       Telephone: (510) 637-3695
Fax: (510) 637-3724

8       E-Mail: Thomas.Green@usdoj.gov

9   Attorneys for United States of America

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 16-00042 JD |
| Plaintiff, | **UNITED STATES NOTICE RE: ADDITIONAL VICTIMS SEEKING RESTITUTION** |
| v. | Time: 2:00 PM |
| CHRISTOPHER WHITTLE, | Date: November 10, 2016 |
| Defendant. | Hon. James Donato |

UNITED STATES NOTICE RE: ADDITIONAL VICTIMS SEEKING RESTITUTION
CR 16-00042 JD

1    On November 3, 2016 the United States submitted its Motion for Departure and Sentencing

2    Memorandum in this case, which included attachments pertaining to restitution sought by victims

3    depicted in the illegal images and videos defendant possessed.  Late in the afternoon of November 4,

4    2016, additional victims provided notice to the United States that they were seeking restitution in this

5    action, including victims from the *Vicky* series, the *Marineland* series, the *At School* series, and the

6    *Jan_Socks* series.  The United States attaches the documents provided by counsel for the four additional

7    victims as Exhibits 4 through 7 to the United States' sentencing memorandum.  These documents are

8    being filed under seal to protect the identities of the child victims.  The documents are also being

9    provided to defense counsel and the United States Probation Office.

10    The government has not had an opportunity to evaluate these new restitution claims for purposes

11    of recommending an amount that the Court may order as restitution.  Accordingly, pursuant to 18 U.S.C.

12    § 3664(d)(5), the government respectfully requests that the restitution portion of the four victims be

13    continued for 90 days.  The United States made a similar request with respect to the victims in the *Sweet*

14    *Sugar* series in its sentencing memorandum, and asks that the restitution portion of sentencing for the

15    *Sweet Sugar* victim(s) be set for the same day that the Court considers restitution for the victims

16    depicted in the *Vicky*, *Marineland*, *At School*, and *Jan-Socks* series.

17

18

19    Dated:  November 7, 2016                                    BRIAN J. STRETCH
                                                                  United States Attorney
20

21                                                                _____/s/_____

22                                                                THOMAS R. GREEN
                                                                  Assistant United States Attorney
23

24

25

26

27

28

UNITED STATES' NOTICE RE: ADDITIONAL VICTIMS SEEKING RESTITUTION
CR 16-00042 JD

1

2

3

4

# EXHIBITS 4-7

5

**Regarding: EXHIBITS 4-7 UNDER SEAL**

6

**This filing is in paper or physical form only, and is being maintained in the case file

7

in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy

shortly.  For information on retrieving this filing directly from the court, please see the court's

8

main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9

This filing was not e-filed for the following reasons:

**EXHIBITS 4-7 UNDER SEAL**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' NOTICE RE: ADDITIONAL VICTIMS SEEKING RESTITUTION
CR 16-00042 JD